

# Fourth Court of Appeals
## San Antonio, Texas

June 13, 2018

No. 04-18-00311-CV

**IN RE** Francisco **MANON** and Unwrapping Flavors, LLC.

Original Mandamus Proceeding[1]

**ORDER**

On May 8, 2018, relators filed a petition for writ of mandamus, the real party in interest responded, and relators replied. After reviewing the petition, the response, and the reply, we conclude relators are entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Michael E. Mery is ORDERED to, within fifteen days from the date of this order, vacate the "Order Denying Defendants Francisco Manon and Unwrapping Flavors, LLC's Motion for Leave to Designate Jose Sandoval as Responsible Third Party" and render a new order either granting relators leave to replead facts supporting the designation or granting the motion for leave to designate. The writ will issue only if we are notified that Judge Mery has not complied within fifteen days from the date of this order.

It is so **ORDERED** on June 13, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of June, 2018.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2016-CI-21715, styled *Mario Cantu v. San Antonio Federal Credit Union; Francisco Manon; and Unwrapping Flavors, LLC*, pending in the 73rd Judicial District Court, Bexar County, Texas. The Honorable Michael E. Mery signed the order at issue in this proceeding.